IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ONKAR SINGH,

    Plaintiff,

v.

WELLS FARGO BANK ET AL,

    Defendant.
                                        /

No. C -14-00260(EDL)

**ORDER GRANTING PLAINTIFF'S REQUEST TO APPEAR TELEPHONICALLY**

On January 24, 2014, Plaintiff filed a request to appear telephonically at the hearing on Plaintiff's Motion to Remand and Defendant Wells Fargo's Motion to Dismiss and Motion to Strike set for March 11, 2014, at 9:00 a.m. Good cause appearing, IT IS HEREBY ORDERED that Plaintiff's request to appear telephonically at the hearing is GRANTED. Plaintiff's counsel shall stand by beginning at the date and time above until called by the Court. No later than two Court days prior, Plaintiff's counsel shall call the Court's courtroom deputy at 415-522-3694 to provide the Court with a direct dial number to call on for this appearance

**IT IS SO ORDERED.**

Dated: 1/27/14

                                                  ELIZABETH D. LAPORTE
                                                 United States Magistrate Judge