1  O. Andrew Wheaton (# 151811)
     awheaton@afrct.com
2  ANGLIN, FLEWELLING, RASMUSSEN,
     CAMPBELL & TRYTTEN LLP
3  199 South Los Robles Avenue, Suite 600
   Pasadena, California 91101-2459
4  Telephone: (626) 535-1900
   Facsimile: (626) 577-7764

Attorneys for Defendant
WELLS FARGO BANK, N.A., successor
by merger with Wells Fargo Bank
Southwest, N.A., f/k/a Wachovia Mortgage,
FSB, f/k/a World Savings Bank, FSB
("Wells Fargo")

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ONKAR SINGH, an individual, | CASE NO.: 3:14-CV-00260-EDL |
| Plaintiff, | [~~PROPOSED~~] ORDER CONTINUING HEARINGS ON: (A) PLAINTIFF'S MOTION TO REMAND THE CASE TO THE SUPERIOR COURT; (B) WELLS FARGO'S MOTION TO DISMISS; (C) WELLS FARGO'S MOTION TO STRIKE; AND (D) THE INITIAL CASE MANAGEMENT CONFERENCE |
| v. | |
| WELLS FARGO BANK, N.A., NDEX WEST, LLC; and DOES 1 through 20, inclusive, | |
| Defendants. | |
| | [The Honorable Elizabeth D. Laporte] |

Pursuant to plaintiff Onkar Singh and defendant Wells Fargo Bank, N.A.'s ("Wells Fargo") stipulation, and good cause appearing therefore, **IT IS HEREBY ORDERED:**

1.  The hearings on Wells Fargo's Motion to Dismiss (Document 10), Wells Fargo's Motion to Strike (Document 11) and plaintiff's Motion to Remand the case to the Superior Court shall be continued until __May 7__, 2014 at ~~9:00~~ 9:30 a.m. in Courtroom E of the above-entitled court.

2.  The deadline for the parties to: (a) meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan; (b) to file ADR Certification signed by Parties and Counsel; and (c) file either Stipulation to ADR Process or Notice of Need for ADR Phone Conference shall be continued until __May 13__, 2014.

3. The deadline for the parties to file a Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and file Case Management Statement per attached Standing Order re Contents of Joint Case Management Statement shall be continued until  May 27 , 2014.

4. The Initial Case Management Conference shall be continued until  June 3 , 2014 at 10:00 a.m. in Courtroom E of the above-entitled court.

IT IS SO ORDERED.

DATED: February 24, 2014

HONORABLE
UNITED STATES



IT IS SO ORDERED AS MODIFIED
Judge Elizabeth D. Laporte

ANGLIN FLEWELLING RASMUSSEN CAMPBELL & TRYTTEN LLP

# CERTIFICATE OF SERVICE

I, the undersigned, declare that I am over the age of 18 and am not a party to this action. I am employed in the City of Pasadena, California; my business address is Anglin, Flewelling, Rasmussen, Campbell & Trytten LLP, 199 S. Los Robles Avenue, Suite 600, Pasadena, California 91101-2459.

On the date below, I served a copy of the foregoing document entitled:

**[PROPOSED] ORDER CONTINUING HEARINGS ON: (A) PLAINTIFF'S MOTION TO REMAND THE CASE TO THE SUPERIOR COURT; (B) WELLS FARGO'S MOTION TO DISMISS; (C) WELLS FARGO'S MOTION TO STRIKE; AND (D) THE INITIAL CASE MANAGEMENT CONFERENCE**

on the interested parties in said case as follows:

| Served By Means Other than Electronically Via the Court's CM/ECF System | Served Electronically Via the Court's CM/ECF System |
|---|---|
| Dianna Ter-Vardanyan, Esq.<br>Prime Law Group, APC<br>101 N. Brand Blvd., PH1920<br>Glendale, CA  91203<br><br>Telephone (818) 276-2464<br>E-Fax: (818) 446-2162 | *Attorneys for Plaintiff*<br>Armine Singh, Esq.<br>Prime Law Group, APC<br>101 N. Brand Blvd., PH1920<br>Glendale, CA  91203<br>armine@lawofficesofalg.com<br><br>Telephone (818) 276-2464<br>E-Fax: (818) 446-2162 |

☒ **BY MAIL:** I am readily familiar with the firm's practice of collection and processing correspondence by mailing. Under that same practice it would be deposited with U.S. Postal Service on that same day with postage fully prepaid at Pasadena, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. I declare that I am employed in the office of a member of the Bar of this Court, at whose direction the service was made. This declaration is executed in Pasadena, California on February 21, 2014.

| Kimberly Wooten | /s/ Kimberly Wooten |
|---|---|
| (Type or Print Name) | (Signature of Declarant) |