Armine Singh, Esq. (SBN 266694)
Dianna Ter-Vardanyan, Esq. (SBN 253636)
**Prime Law Group, APC**
101 N. Brand Blvd. PH1920
Glendale, CA 91203
Direct: 818-276-2464
E-Fax: 818-446-2162

Attorneys for Plaintiff,
ONKAR SINGH

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ONKAR SINGH, *an individual*;<br><br>Plaintiff,<br><br>v.<br><br><br>WELLS FARGO BANK, N.A.;<br>NDEX WEST, LLC; and DOES 1<br>through 20, inclusive,<br><br><br><br>Defendants. | **CASE NO: 3:14-CV-00260- EDL**<br><br>*Assigned to Honorable Elizabeth D. Laporte*<br><br>NOTICE OF DISMISSAL PURSUANT TO RULE 41(a) |

**NOTICE OF DISMISSAL PURSUANT TO RULE 41(a)**

Procedure, Rule 41(a), hereby files a voluntary notice of dismissal of the entire action against all parties before the opposing parties have served either an answer or a motion for summary judgment. Plaintiff dismisses the entire action of all parties and all causes of action without prejudice.

Dated: March 3, 2014            **PRIME LAW GROUP, APC**

                                By:    ___/s/ Armine Singh_____
                                       ARMINE SINGH, ESQ.
                                       Attorney for Plaintiff
                                       ONKAR SINGH

**NOTICE OF DISMISSAL PURSUANT TO RULE 41(a)**

Armine Singh, Esq. (SBN 266694)
Dianna Ter- Vardanyan, Esq. (SBN 253636)
**Prime Law Group, APC**
101 N. Brand Blvd. PH1920
Glendale, CA 91203
Direct: 818-276-2464
E-Fax: 818-446-2162

Attorneys for Plaintiff,
ONKAR SINGH

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ONKAR SINGH, *an individual*;<br><br>Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK, N.A.; NDEX WEST, LLC; and DOES 1 through 20, inclusive,<br><br>Defendants. | **CASE NO: C-14-00260- EDL**<br><br>*Assigned to the Hon. Elizabeth D. Laporte*<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, declare that I am over the age of 18 and I am not a party

to this action. I am employed in the County of Los Angeles, State of California. My business address is 101 N. Brand Blvd. Suite 1920, Glendale California 91203.

On the date below, I served a copy of each of the below-listed documents on all interested parties in said case, as follows:

1. Notice of Dismissal Pursuant to Rule 41(a).

## SERVICE LIST

| | |
|---|---|
| O. Andrew Wheaton, Esq.<br>awheaton@afrct.com<br>ANGLIN, FLEWELLING, RASMUSSEN, CAMPBELL & TRYTTEN LLP<br>199 South Los Robles Avenue, Suite 60<br>Pasadena, CA 91101-2459<br>Tel: (626) 535-1900<br>Fax: (626) 577-7764 | Attorneys for:<br><br>Wells Fargo Bank, N.A., successor by merger with Wells Fargo Bank Southwest, N.A., f/k/a Wachovia Mortgage, FSB, f/k/a World Savings Bank, FSB ("Wells Fargo") |
| Madeleine K. Lee, Esq.<br>MadeleiL@bdfgroup.com<br>BARRETT DAFFIN FRAPPIER TREDER & WEISS, LLP<br>20955 Pathfinder Road, Suite 300<br>Diamond Bar, CA 91765<br>Tel: (626) 915-5714<br>Fax: (626) 915-0289 | Attorneys for:<br><br>NDeX West, LLC |

[X]  BY MAIL - I deposited such envelope in the mail at Glendale, California. The envelope was mailed with postage thereon fully prepaid. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Glendale, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

[ ]  BY PERSONAL SERVICE - I caused such envelope to be delivered by a process server employed by (Name of process server).

[ ]  VIA FACSIMILE - I faxed said document, to the offices(s) of the addressee(s) shown above, and the transmission was reported as complete and without error.

2
CERTIFICATE OF SERVICE

1  [ X ]  BY ELECTRONIC TRANSMISSION - I transmitted a PDF version of this document by electronic mail to the party(s) identified on the attached service list using the e-mail address(es) indicated.

[ ]  BY OVERNIGHT DELIVERY  - I deposited such envelope for collection and delivery by (Type Name of Overnight Delivery Service) with delivery fees paid or provided for in accordance with ordinary business practices.  I am "readily familiar" with the firm's practice of collection and processing packages for overnight delivery by (Type name of Overnight Delivery service).  They are deposited with a facility regularly maintained by (Type Name of Overnight Delivery service) for receipt on the same day in the ordinary course of business.

[ ]  (State)   I declare under penalty of perjury under the laws of the State of California

that the above is true and correct.

[ ]  (Federal)   I declare that I am employed in the office of a member of the bar of this

Court at whose direction the service was made.

Dated: March 3, 2014          **PRIME LAW GROUP, APC**


By:    ___/s/ Rosie Jambazian_____

Rosie Jambazian

CERTIFICATE OF SERVICE